FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA-23-0499**

IN RE THE MATTER OF THE ESTATE OF:

    CAL R. NUNN,

                    Deceased

**On Appeal from the Montana Tenth Judicial District Court,**
**Petroleum County, Cause No. DP-2020-06, Hon. Wm. Nels Swandal**

**ORDER GRANTING EXTENSION OF TIME**

This matter came before the Court on Appellee, Estate of Cal R. Nunn's Motion for Extension of time to file response to Appellant, Brandi R. Nunn's, opening brief.

This is Appellee's Moton for Extension of Time, and it is unopposed as all parties have consented that all Appelees shall have an additional 30 days.

    IT IS, THEREFORE, ORDERED that,

1. The Motion for Extension of Time is GRANTED;

2. All Appellees shall have until March 21, 2024 to file their response briefs.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 20 2024